

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 19, 2022

**BY ECF**

The Honorable Richard J. Sullivan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Michael Lane*, 9 Cr. 441 (RJS)

Dear Judge Sullivan:

    The Government respectfully writes concerning the Court's Order in the above-referenced matter, dated May 12, 2022, directing the Government to file a response to defendant Michael Lane's request for early termination of supervised release by May 19, 2022. As discussed with Chambers, the Government respectfully requests an adjournment of its deadline to May 26, 2022, to enable the Government to discuss this matter further with the relevant United States Probation Offices.[1] This is the Government's first request for an adjournment.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

By: _____
    Jonathan L. Bodansky
    Assistant United States Attorney

```
IT IS HEREBY ORDERED THAT the government's response to
Defendant's motion for early termination of supervised release
shall be submitted no later than May 26, 2022.


SO ORDERED.
Dated: May 19, 2022        _____
                              Richard J. Sullivan
                           U.S.C.J., Sitting by Designation
```

---

[1] As noted in the defendant's motion, jurisdiction over this matter remains in this District, but the defendant is supervised in the Middle District of Florida.