UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>MICHAEL LANE,<br>            Supervisee. | No. 09-cr-441 (RJS)<br><br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

      With the consent of Supervisee, IT IS HEREBY ORDERED THAT the terms of Mr. Lane's supervised release are modified to require a period of home detention. The condition is set forth as follows: Supervisee shall participate in the home detention program for a period of 60 days. During this time, Supervisee will remain at his place of residence except for employment and other activities approved in advance by his Probation Officer. Supervisee will be subject to the standard conditions of home detention adopted for use in the Middle District of Florida, which may include the requirement to wear an electronic monitoring device and to follow electronic monitoring procedures specified by the Probation Officer. Further, Supervisee shall be required to contribute to the costs of these services, not to exceed an amount determined reasonable by the Probation Office based on ability to pay.

SO ORDERED.

Dated:    February 2, 2024
              New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation